UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60221-CANNON

UNITED STATES OF AMERICA

vs.

VICTOR AQUINO CATALAN,

    Defendant.

_____/

## FACTUAL PROFFER IN SUPPORT OF PLEA

    Defendant VICTOR AQUINO CATALAN (hereinafter referred to as the "defendant"), his

counsel, and the United States agree that, had this case proceeded to trial, the United States would

have proven the following facts beyond a reasonable doubt, and that the following facts are true

and correct and are sufficient to support a plea of guilty

    On September 15, 2022, the defendant was arrested by the by Broward County Sheriff's

Office in Broward County, Florida on an arrest warrant ~~stemming from Felony Aggravated Battery~~ *state* *uuc VHC.*

~~W/Deadly Weapon charges (Case # 21000819CF10A in the 17ᵗʰ Judicial Circuit Court remains~~ *mm*

~~pending)~~. At that time, the defendant was identified as an alien previously deported on October 6,

2006.   In addition to the defendant's physical presence in the United States, law enforcement

obtained a positive biometric fingerprint match, executed deportation warrants containing the

photo, fingerprint, and signature of the defendant and corroborating database printouts confirming

his identity and immigration status.   Additionally, law enforcement documented a lack of any

records indicating that the defendant lawfully entered after removal.   Lastly, the defendant did not

receive the consent of the Attorney General or his successor, the Secretary of Homeland Security,

to apply for readmission to the United States.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: _12/21/2022_       By: _____
                              JODI ANTON
                              ASSISTANT UNITED STATES ATTORNEY

Date: _12/21/2022_       By: _____
                              CAROLINE MCCRAE
                              COUNSEL FOR DEFENDANT

Date: _12/21/2022_       By: _____
                              VICTOR AQUINO CATALAN
                              DEFENDANT

2