UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-60221-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**VICTOR AQUINO CATALAN,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Patrick M. Hunt Following Change of Plea Hearing [ECF No. 14]. On December 21, 2022, Magistrate Judge Hunt held a Change of Plea hearing [ECF No. 11] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1] pursuant to a stipulated factual proffer [ECF No. 12]. Magistrate Judge Hunt thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 1]. Neither party objects to the Report [ECF Nos. 16, 17].

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 14] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered by Defendant Victor Aquino Catalan as to Count One of the Indictment is **ACCEPTED**.

CASE NO. 22-60221-CR-CANNON

3. Defendant Victor Aquino Catalan is adjudicated guilty of Count One of the Indictment, which charges him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 3rd day of January 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record